ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Defendant*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERITA SHELLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARON'S, INC. d/b/a AARON'S FURNITURE,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01883-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED by and between Defendant, AARON'S, INC. d/b/a AARON'S FURNITURE, by and through its counsel of record, ALVERSON TAYLOR & SANDERS, and Plaintiff, SHERITA SHELLEY, by and through her counsels of record, HAINES & KRIEGER, LLC., to have the above captioned matter adjudicated by AAA, via binding arbitration pursuant to AAA rules.

IT IS FURTHER STIPULATED that that Plaintiff has not waived any substantive claims, damages or other remedies by agreeing to enter into binding arbitration.

1  IT IS FURTHER STIPULATED that that Plaintiff voluntarily dismisses her claims against
2  Defendant.

4  DATED this 1st day of November, 2018.

**HAINES & KRIEGER, LLC**

 /s/ David Krieger
David Krieger, Esq.
Nevada Bar #9086
8985 S. Eastern Avenue
Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

DATED this 1st day of November, 2018.

**ALVERSON TAYLOR & SANDERS**

 /s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
*Attorneys for Defendant*

# ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS SO ORDERED** that any and all claims brought by Plaintiff against Defendant are dismissed.

**IT IS HEREBY FURTHER ORDERED** that the Parties will bear their own attorney fees and costs with respect to this action.

DATED this _____ day of _____, 2018.

_____
District Court Judge

Respectfully submitted by:

**ALVERSON TAYLOR & SANDERS**

 /s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
*Attorneys for Defendant*

\\atms-fs2\data\kurt.grp\CLIENTS\25800\25886\pleading\SAO re arbitration.doc

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000