ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Defendant*

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERITA SHELLEY, | Case No. 2:18-cv-01883-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS** |
| AARON'S, INC. d/b/a AARON'S FURNITURE, | ECF No. 4 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant, AARON'S, INC. d/b/a AARON'S FURNITURE, by and through its counsel of record, ALVERSON TAYLOR & SANDERS, and Plaintiff, SHERITA SHELLEY, by and through her counsels of record, HAINES & KRIEGER, LLC., to have the above captioned matter adjudicated by AAA, via binding arbitration pursuant to AAA rules.

IT IS FURTHER STIPULATED that that Plaintiff has not waived any substantive claims, damages or other remedies by agreeing to enter into binding arbitration.

KB/25886

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000

1  IT IS FURTHER STIPULATED that that Plaintiff voluntarily dismisses her claims against

2  Defendant.

3

4  DATED this 1st day of November, 2018.

5  **HAINES & KRIEGER, LLC**

6  _/s/ David Krieger_____

7  David Krieger, Esq.
   Nevada Bar #9086

8  8985 S. Eastern Avenue
   Suite 350

9  Las Vegas, Nevada 89123

10 *Attorneys for Plaintiff*

11

12 DATED this 1st day of November, 2018.

13

14 **ALVERSON TAYLOR & SANDERS**

15 _/s/ Kurt R. Bonds_____

16 KURT R. BONDS, ESQ.
   Nevada Bar #6228

17 TREVOR R. WAITE, ESQ.
   Nevada Bar #13779

18 6605 GRAND MONTECITO PARKWAY
   SUITE 200

19 LAS VEGAS, NEVADA 89149

20 *Attorneys for Defendant*

21 **ORDER**

22 Based on the parties' stipulation **[ECF No. 4]** and good cause appearing, IT IS HEREBY
   ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own

23 fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

24

25 _____
   U.S. District Judge Jennifer A. Dorsey

26 Dated: November 1, 2018

27

28

2                          KB/25886